USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
KINGVISION PAY-PER-VIEW, LTD., as
Broadcast Licensee of the
November 13, 2004 Ruiz/Golota
Program,

                  Plaintiff,

    -against-                06 Civ. 3613 (DAB)
                             ADOPTION OF REPORT &
                             RECOMMENDATION

JUSTA PEREZ, Individually and as
officer, director and/or
principal of EL COMEDERO
RESTAURANT, INC. d/b/a EL COMEDERO
RESTAURANT, and, EL COMEDERO
RESTAURANT, INC. d/b/a EL COMEDERO
RESTAURANT,
                  Defendants.
------------------------------------X
DEBORAH A. BATTS, United States District Judge:

    This matter is before the Court upon the August 4, 2008 Report and Recommendation ("Report") of United States Magistrate Judge Theodore H. Katz. Pursuant to 28 U.S.C. § 636(b)(1)(C), upon the issuance of a United States Magistrate Judge's Report and Recommendation and "[w]ithin ten days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations." 28 U.S.C. § 636(b)(1)(C); see also Fed. R. Civ. P. Rule 72(b) (providing that "[w]ithin 10 days after being served with a copy of the recommended disposition, a party may serve and file specific, written objections to the proposed findings and

1

recommendations"). Despite being advised of these rules in Judge Katz's Report, to date, no party to this case has filed an Objection.

Where no timely objection to a Report and Recommendation is made, "a district court need only satisfy itself there is no clear error on the face of the record." Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985). After conducting the appropriate level of review, the court may then accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1)(C); see also Local Civil Rule 72.1(d).

Having reviewed the Report, and finding no clear error on the face of the record, see 28 U.S.C. § 636(b)(1)(B), it is hereby ORDERED AND ADJUDGED as follows:

1. The Report and Recommendation of United States Magistrate Judge Theodore H. Katz, dated August 4, 2008, be and the same hereby is, APPROVED, ADOPTED, and RATIFIED by the Court in its entirety;

2. Pursuant to Judge Katz's recommendations, it is ORDERED as follows: a judgment in the above-captioned case is entered for Plaintiff awarding $17,700.00 in statutory damages; $761.50 for attorneys' fees; and, $550.00 for costs, against Defendants, jointly and severally, for a total judgment of $19,011.50.

3. The Clerk of Court is hereby directed to CLOSE this case and remove it from the docket.

SO ORDERED

DATED:    New York, New York
          August 20, 2008

                                              /s/ Deborah A. Batts
                                              _____
                                              DEBORAH A. BATTS
                                              United States District Judge